UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEREK LANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:18 CV 1575 CDP |
| ) | |
| CITY OF SAINT LOUIS, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**THIRD AMENDED CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that defendants' Motion to Amend Case Management Order [66] is **GRANTED.**

**IT IS FURTHER ORDERED** that the following schedule shall apply to the remaining proceedings in this case, and will be modified only upon a showing of exceptional circumstances:

**I.    SCHEDULING PLAN**

. . .

3.    Discovery shall proceed in the following manner:

. . .

(f)    The parties shall complete <u>all</u> discovery in this case no later than **January 25, 2021**.

(g)    Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than seven (7) days following the discovery

- 2 -

deadline set out above.

4. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than **February 11, 2021**. Opposition briefs shall be filed no later than thirty (31) days after the motion or **March 15, 2021**, whichever is earlier. Any reply brief may be filed no later than ten (10) days following the response brief or **March 25, 2021**, whichever is earlier.

## II. ORDER RELATING TO TRIAL

This action is removed from the trial docket of June 21, 2021, and is **RESET** set for a **JURY** trial on **Monday, July 19, 2021**,[1] at **8:30 a.m.** This is a **two** week docket.

The remainder of the Order Relating to Trial set out in the original Case Management Order (ECF 38) remains in full force and effect, including the deadlines by which pretrial materials are to be filed.

Failure to comply with any part of this Order may result in the imposition of

sanctions.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2020.

---

[1] The parties shall take note that this trial date is different from the date proposed in defendants' motion to amend.