**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEREK LANEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:18-CV-1575** |
| | ) | |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **CITY OF ST. LOUIS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Defendants respectfully move the Court for an extension of time of four days to file their dispositive motions. In support, defendants state:

1.      The Court entered an amended scheduling order on December 4, 2020. (Doc.67)

2.      That CMO provided a deadline for all dispositive motions to be filed by February 11, 2021.

3.      Due to the press of other business, including the work on the nearly 25 other cases arising out of the Stockley protests, defendants request an extension of four days to file their dispositive motions.

4.      Counsel for Plaintiffs has been contacted and has no objection to the relief requested in this motion.

5.      Defendants do not request that any other deadline in this case be amended.

6.      This motion is made in good faith and is not intended to unduly delay the proceedings and will not prejudice any party.

WHEREFORE, Defendants respectfully request that the Court grant Defendants'
motion to extend the deadline to file a summary judgment motions through February 16, 2021,
and for such further relief as the Court may deem just and proper.

<div style="margin-left: 50%;">

Respectfully submitted,
MICHAEL A. GARVIN
CITY COUNSELOR

*/s/ Brandon Laird*
Brandon Laird  65564 MO
Associate City Counselor
Catherine Dierker 70025MO
Assistant City Counselor
dierkerc@stlouis-mo.gov
Robert H. Dierker 23671MO
Deputy City Counselor
dierkerr@stlouis-mo.gov
lairdb@stlouis-mo.gov
Abby Duncan 67766 MO
Associate City Counselor
duncana@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956

</div>