```
 1           IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
 2                    EASTERN DIVISION

 3

 4
     CHRISTOPHER ROBERTSON,    )
 5                             )
          Plaintiff,           )
 6                             )   Cause No.
     vs.                       )   4:18-cv-01570-JAR
 7                             )
     CITY OF ST. LOUIS, et al.)
 8                             )
          Defendants.          )
 9

10

11

12   ZOOM/VIDEO RECORDED DEPOSITION OF LIEUTENANT RANDY
                          JEMERSON
13          TAKEN BY JAMES R. WYRSCH, ESQ.
                ON BEHALF OF THE PLAINTIFF
14                  OCTOBER 28, 2020

15

16
               REPORTED BY SUSAN M. FIALA
17          REGISTERED PROFESSIONAL REPORTER
              CERTIFIED SHORTHAND REPORTER
18              CERTIFIED COURT REPORTER

19

20

21

22

23

24
                                        Exhibit E
25
```

```
 1                       I N D E X
 2    Examination by Mr. Wyrsch                    Page   05
 3
                           EXHIBITS
 4
      Exhibit 54                                   Page   37
 5        (Unit File)
 6    Exhibit 55                                   Page   73
          (City 38402)
 7
      Exhibit 56                                   Page   81
 8        (E-Mail)
 9    Exhibit 57                                   Page   91
          (Jemerson Training Materials)
10
      Exhibit 58                                   Page  133
11        (Training Device PowerPoint)
12    Exhibit 59                                   Page  155
          (Declaration)
13
      Exhibit 60                                   Page  187
14        (Legal Documentation)
15    Exhibit 61                                   Page  219
          (IAD Snaphot)
16
      Exhibit 62                                   Page  227
17        (Personnel Profile)
18       (Exhibits left in the care of Plaintiffs' Counsel,
                     James R. Wyrsch, Esq.)
19
20
21
22
23
24
25
```

```
 1            IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION

 3

 4   CHRISTOPHER ROBERTSON,     )
                                )
 5         Plaintiff,           )
                                )  Cause No.
 6   vs.                        )  4:18-cv-01570-JAR
                                )
 7   CITY OF SAINT LOUIS, et al.)
                                )
 8         Defendants.          )

 9

10        ZOOM/VIDEO RECORDED DEPOSITION OF LIEUTENANT

11   RANDY JEMERSON, produced, sworn, and examined on the

12   28th day of October, 2020, via Zoom before Susan M.

13   Fiala, Registered Professional Reporter, Certified

14   Court Reporter, within and for the State of Missouri,

15   in a certain cause now pending in the United States

16   District Court, Eastern District of Missouri, Eastern

17   Division, between CHRISTOPHER MONROE, Plaintiff, and

18   CITY OF SAINT LOUIS, et al., Defendants.

19

20

21

22

23

24

25
```

```
 1                A P P E A R A N C E S:
 2
     ON BEHALF OF THE PLAINTIFF:
 3        James R. Wyrsch, Esq.
          KHAZAELI WYRSCH, LLC
 4        911 Washington Avenue, suite 211
          St. Louis, Missouri 63101
 5        (314) 288-0777
          james.wyrsch@kwlawstl.com
 6
 7   ON BEHALF OF THE DEFENDANTS:
          Brandon D. Laird, Esq.
 8        ST. LOUIS CITY COUNSELOR'S OFFICE
          1200 Market Street
 9        City Hall, Room 314
          St. Louis, Missouri 63103
10        (314) 622-3361
11
     VIDEOGRAPHER:
12        Larry Katz, CLVS
          ALARIS LITIGATION
13
14   COURT REPORTER:
          Susan M. Fiala, RPR, CSR, CCR
15        ALARIS LITIGATION
          711 N. Eleventh Street
16        St. Louis, Missouri 63101
            (314) 644-2191
17
18
19
20
21
22
23
24
25
```

```
 1                S T I P U L A T I O N
 2            It IS HEREBY STIPULATED AND AGREED by and
 3    between counsel for the parties that this deposition
 4    may be taken in shorthand by Susan M. Fiala, Certified
 5    Court Reporter, Registered Professional Reporter, and
 6    afterwards transcribed into printing, and signature by
 7    the witness is reserved.
 8            (THEREUPON, the deposition start time was
 9    9:29 a.m.)
10                  LIEUTENANT RANDY JEMERSON,
11    being first duly sworn to tell the truth, the whole
12    truth and nothing but the truth, deposes and says as
13    follows:
14            VIDEOGRAPHER:  We are on the record.
15    Today's date is October 28th, 2020, and the time
16    is 9:29 a.m.
17            This is the video recorded deposition
18    of Randy Jemerson, Lieutenant, in the matter of
19    Christopher Robinson V. City of St. Louis, et
20    al., Case Number 418-cv-01570-JAR in the United
21    States District Court, Eastern District of
22    Missouri, Eastern Division.
23            This deposition is being recorded
24    remotely.  The reporter's name is Susan Fiala.
25    My name is Larry Katz.  I'm the legal
```

```
 1   videographer.  We are with Alaris Litigation
 2   Services.
 3              Would the court reporter please speak
 4   your stipulation and then swear in the witness?
 5              COURT REPORTER:  Yes.  Gentlemen, I
 6   just need to get on the record that you both
 7   stipulate -- or you stipulate to the fact that
 8   this is a remote deposition, and I will be
 9   swearing the witness in remotely as well?
10              MR. WYRSCH:  Plaintiff stipulates to
11   that.
12              MR. LAIRD:  Defendants stipulate as
13   well.
14              LIEUTENANT RANDY JEMERSON,
15   being duly sworn to tell the truth, the whole
16   truth and nothing but the truth, deposes and
17   says as follows:
18              VIDEOGRAPHER:  You may proceed.
19                     EXAMINATION
20   BY MR. WYRSCH:
21       Q.  Good morning.  Can you -- my -- I guess
22   I'm understanding you can't see me, so I am a
23   dis --
24       A.  I can --
25       Q.  What?
```

```
 1      A.  I can.  It's just a small -- it's very
 2   small.
 3      Q.  A tiny little box?  Okay.
 4      A.  Yeah.
 5      Q   Yeah.  I -- I was worried I'd be like a
 6   disembodied voice speaking to you.
 7          So my name is Jim Wyrsch.  I represent
 8   the Plaintiffs in a number of these cases.
 9          Can you identify yourself for the
10   record?
11      A.  Lieutenant Randy Jemerson of the St.
12   Louis Metropolitan Police Department.
13      Q.  Okay.  I'll start off asking you -- I'm
14   going to read off the names of the Plaintiffs in
15   these various individual cases where you've been
16   named as a defendant, and just let me know if
17   you know them either prior to or after the
18   incident on September 17th, 2017.
19          So let me start with Fareed Alston?
20      A.  No.
21      Q.  Brian Bodie?  [ph]
22      A.  No.
23      Q.  Emily Davis?
24      A.  Yes.
25      Q.  How do you know Ms. Davis?
```

```
 1   that?
 2        GA.  I'm familiar with it.  I've heard of
 3   it, but it's -- yeah.  At this point, that was
 4   so long ago I -- I'd be guessing at what it was.
 5   I -- I think I recall what that is, but I -- I'm
 6   not 100 percent sure.
 7        Q.  Okay.  If -- if you -- if you wanted
 8   access to the personnel file, could you get it
 9   as a sergeant?
10        A.  I -- I think as long as I went through
11   my lieutenant, I believe that's something I --
12   I'd probably be able to -- to look at.
13        Q.  So I want to ask you a little bit about
14   what -- what was your -- what -- prior to 2017,
15   what was the CDT relationship with the Bicycle
16   Response Team?
17        A.  So the Bicycle Response Team just
18   started, I think, the end of 2016, I believe.
19   They're -- they're obviously two separate
20   entities.  Myself and Sergeant Rossomanno kind
21   of spearheaded that, bringing that to the
22   department, but, I mean, that would be -- that
23   would be about it.
24             You know, we -- we kind of got it
25   running and then they -- and then the bikes --
```

```
 1    the downtown bikes kind of are -- are in charge
 2    of it now.  But -- so they work in conjunction
 3    with each other.
 4           You know, depending on what type of
 5    event it is, you know, bikes might initially --
 6    might be the initial soft response, and then if
 7    things escalate to the point where -- where it
 8    gets to a level where the Civil Disobedience
 9    Team needs -- needs to get involved, then that's
10    how that -- then that's -- that is what would
11    happen next.
12        Q.  Okay.  So you -- you -- if I -- if I
13    understood correctly, you and Sergeant
14    Rossomanno went to the Republican National
15    Convention in 2016, right?
16        A.  Yes.
17        Q.  And -- and there you -- you -- you guys
18    were impressed by the Bicycle Response Team that
19    -- that they had.  It was in Cleveland?
20        A.  Yes.
21        Q.  And then -- and then you're also -- I
22    think you brought a trainer in.  Did you bring a
23    trainer in or did the BRT bring the trainer in
24    from Seattle?
25        A.  No.  That was Sergeant Rossomanno and
```

```
 1   -- both of us, but it was primarily Sergeant
 2   Rossomanno that was in speaking with them.
 3        Q.  Because Seattle has a pretty-well
 4   established BRT?
 5        A.  Correct.
 6        Q.  That they've used in the various
 7   protests they have there?
 8        A.  Correct.
 9        Q.  From the WTO onward?
10        A.  Correct.
11        Q.  All right.  And you guys actually
12   brought someone from Seattle to train the BRT?
13        A.  Correct.  It was -- it was a separate
14   company.  It wasn't the Seattle Police
15   Department.  It was a company outside of the
16   department.
17        Q.  But the officer came from Seattle?
18        A.  Correct.
19        Q.  Was he -- was he a -- was he full time
20   with that company or was he -- was that a
21   secondary gig for him?  Was he still on -- was
22   he still an employee of the Seattle Police
23   Department?
24        A.  Yes.
25        Q.  Do you know if -- in Seattle, if the
```