```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION


MALEEHA S. AHMAD, et al.,         )
                                  )
            Plaintiffs,           )
                                  )
   v.                             ) No. 4:17-CV-2455-CDP
                                  )
CITY OF ST. LOUIS, MISSOURI,      )
                                  )
            Defendant.            )



              PRELIMINARY INJUNCTION HEARING
                         VOLUME 2


        BEFORE THE HONORABLE CATHERINE D. PERRY
              UNITED STATES DISTRICT JUDGE


                    OCTOBER 19, 2017


APPEARANCES:
For Plaintiffs:      Anthony E. Rothert, Esq.
                     Jessie M. Steffan, Esq.
                     Omri E. Praiss, Esq.
                     AMERICAN CIVIL LIBERTIES UNION
                     OF MISSOURI FOUNDATION
                     906 Olive Street, Suite 1130
                     St. Louis, MO  63101-1448

For Defendant:       H. Anthony Relys, Esq.
                     Thomas R. McDonnell, Esq.
                     ST. LOUIS CITY COUNSELOR'S OFFICE
                     1200 Market Street, Room 314
                     St. Louis, MO  63103

REPORTED BY:         Gayle D. Madden, CSR, RDR, CRR
                     Official Court Reporter
                     United States District Court
                     111 South Tenth Street, Third Floor
                     St. Louis, MO  63102      (314) 244-7987
     (Produced by computer-aided mechanical stenography.)
```

Exhibit F

Case: 4:18-cv-01575-CDP Doc. #: 73-5 Filed: 02/16/21 Page: 2 of 6 PageID #: 1297
Case: 4:17-cv-02455-CDP Doc. #: 63 Filed: 11/20/17 Page: 2 of 248 PageID #: 778
Preliminary Injunction Hearing Volume 2
2

# INDEX

*Witnesses:*

**TIMOTHY SACHS**
Direct Examination by Mr. Relys . . . . . . . . . . Page   3
    (continued from 10/18/2017)
Cross-examination by Mr. Rothert . . . . . . . . . Page  57
Redirect Examination by Mr. Relys . . . . . . . . Page  94

**MATTHEW KARNOWSKI**
Direct Examination by Mr. McDonnell . . . . . . . Page 111
Cross-examination by Mr. Rothert . . . . . . . . . Page 131

**BRIAN ROSSOMANNO**
Direct Examination by Mr. Relys . . . . . . . . . . Page 146
Cross-examination by Mr. Rothert . . . . . . . . . Page 209
Redirect Examination by Mr. Relys . . . . . . . . Page 243

Case: 4:18-cv-01575-CDP Doc. #: 73-5 Filed: 02/16/21 Page: 3 of 6 PageID #: 1298
Case: 4:17-cv-02455-CDP Doc. #: 63-5 Filed: 11/20/17 Page: 3 of 248 PageID #: 779
Timothy Sachs Direct Examination                                  Volume 2

```
                                                              3
 1         (Proceedings commenced at 12:03 p.m.)
 2         THE COURT:  All right.  Lieutenant Sachs, you can
 3   resume the stand.  And, Mr. Relys, can you tell me how you
 4   pronounce your last name?
 5         MR. RELYS:  Relys.
 6         THE COURT:  Relys.  Okay.
 7         MR. RELYS:  Yes, Your Honor.
 8         THE COURT:  I keep look at the spelling and then
 9   having trouble with it.
10         MR. RELYS:  That's all right.  You're not the only
11   one.
12         THE COURT:  Yeah.
13         THE WITNESS:  Good afternoon, Judge.
14         THE COURT:  Good afternoon.  And, Lieutenant Sachs,
15   you understand you're still under oath from yesterday;
16   correct?
17         THE WITNESS:  Yes, ma'am.
18         THE COURT:  All right.  You may proceed.
19                       TIMOTHY SACHS,
20   HAVING BEEN PREVIOUSLY DULY SWORN, WAS EXAMINED AND TESTIFIED
21   AS FOLLOWS:
22                     DIRECT EXAMINATION
23                 (continued from 10/18/2017)
24   BY MR. RELYS:
25   Q    Good morning, Lieutenant.
```

Case: 4:18-cv-01575-CDP Doc. #: 73-5 Filed: 02/16/21 Page: 4 of 6 PageID #: 1299
Case: 4:17-cv-02455-CDP Doc. #: 63 Filed: 11/20/19 Page: 148 of 248 PageID #: 924
Brian Rossomanno Direct Examination                    Volume 2

148

1  A    Again, it stands for Civil Disobedience Team.  It's
2  tasked with handling any events of civil unrest, protests,
3  managing protests, that sort of thing.
4  Q    Okay.  Have you been involved, in your capacity as a
5  police officer, in the police's response to the protests that
6  have emerged since the Jason Stockley verdict?
7  A    Yes, sir.
8  Q    All right.  And were you involved on the day of that
9  verdict, on September 15th, 2017?
10 A    Yes, I was.
11 Q    Okay.  We've talked a little bit in here over the past
12 couple days about an incident that occurred on that day, sort
13 of involving some buses?
14 A    Yes, sir.
15 Q    Were you involved in that incident?
16 A    Yes, I was.
17 Q    All right.  Tell us briefly what your involvement was in
18 the bus incident.
19 A    Our involvement -- we were staged at our Police Academy,
20 which is located on Tucker, just south of Clark.  A crowd had
21 amassed at the intersection of Market and Tucker following the
22 announcement of the verdict, and they -- they had been there
23 for a considerable amount of time.  Eventually, that crowd
24 conducted some marches and eventually ended up marching south
25 on Tucker to our location at the Police Academy.  We had four

Case: 4:18-cv-01575-CDP Doc. #: 73-5 Filed: 02/16/21 Page: 5 of 6 PageID #: 1302
Case: 4:17-cv-02455-CDP Doc. #: 63-5 Filed: 11/20/17 Page: 145 of 248 PageID #: 925
Brian Rossomanno Direct Examination                           Volume 2
149

1  or -- I think, oh, we had all four CDT teams at that location.
2  And what developed eventually was kind of just a standoff.  We
3  had some CDT lines formed facing to the north.  We also had
4  some CDT lines formed facing to the west.  And each group had
5  a group of protestors in front of those lines engaging them.
6  Q    Okay.  And you said there was a standoff?
7  A    What I would describe as a standoff, basically, yes.
8  Q    How is it -- once it was determined there was a standoff,
9  how is that -- what action was taken?
10 A    I consulted with the incident commander, and we were both
11 in agreement that, you know, the best way to de-escalate the
12 situation was just to pull our officers out of the area.
13 While it was a standoff, tensions -- you could read that
14 tensions were getting a little higher.  So it was our
15 determination, "Let's pull our officers out of the area and
16 hopefully de-escalate it."
17 Q    Okay.  And incident commander is who?
18 A    Lieutenant Colonel Jerry Leyshock.
19 Q    All right.  And so the decision was made to move those
20 buses?
21 A    Yes.
22 Q    And did that -- did that occur?
23 A    We attempted to.  We loaded two buses up with our CDT
24 officers, and it was immediate.  Even before all of our
25 officers were on the bus, as soon as we broke our lines down,

Case: 4:18-cv-01575-CDP Doc. #: 73-5 Filed: 02/16/21 Page: 6 of 6 PageID #: 1301
Case: 4:17-cv-02455-CDP Doc. #: 63 Filed: 11/20/17 Page: 150 of 248 PageID #: 926
Brian Rossomanno Direct Examination                Volume 2
150

```
 1   the group immediately surrounded both buses, and both buses
 2   were unable to move.
 3   Q    Okay.  Were the buses -- were there any -- besides
 4   surrounding the buses, were there any other acts of violence
 5   from the crowd?
 6   A    Yes.  They immediately -- several suspects began throwing
 7   rocks and bottles at the buses.  I put out multiple
 8   descriptions of individuals that I observed myself throwing
 9   rocks at the buses, throwing rocks at the officers as they
10   attempted to get on the bus.  It became very violent very
11   quick.
12   Q    And where were you during this?
13   A    I was on Clark, kind of bouncing back and forth between
14   the west and east side.  I'm sorry.  Tucker.  Kind of bouncing
15   back and forth between the west side and east side of the
16   street.
17   Q    Okay.  We've had -- we've had previous witnesses -- well,
18   I guess one other witness, Lieutenant Sachs, described his
19   location, which was inside the Police Academy building.
20   A    I believe they were, yes.
21   Q    You were not -- you were not with them?
22   A    No.  I was down on the street.
23   Q    You were down on the street.  Okay.  So you witnessed --
24   you personally witnessed while you were down on the street
25   people throwing rocks and bottles?
```