```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF MISSOURI

 3                       EASTERN DIVISION

 4                          --o0o--

 5   LINDSAY LAIRD and ANDRE  )
     ROBERTS,                 )
 6                            )
          Plaintiffs,         )
 7                            )
              vs.             ) Cause No. 4:18-cv-01567(AFG)
 8                            )
     CITY OF SAINT LOUIS, et  )
 9   al.,                     )
                              )
10        Defendants.         )
                              )
11   _____)

12      VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF

13              OFFICER GREGORY SCHAFFER

14                  October 16, 2020

15

16

17            (Beginning at 1:16 p.m.)

18

19

20

21

22

23

24
                                         Exhibit H
25
```

```
 1                          INDEX
 2                                                    PAGE
 3                    INDEX OF EXAMINATIONS
 4
 5   EXAMINATION BY MS. DRAKE ........................8
 6
 7                         EXHIBITS
 8   Exhibit 7    Previously marked exhibit            50
 9   Exhibit 13   Videotape taken by documentation     92
10                team
11   Exhibit 14   Screenshot taken from videotape      95
12                marked Exhibit 13
13   Exhibit 15   Screenshot taken from videotape      96
14                marked Exhibit 13
15   Exhibit 16   Photograph                          101
16   Exhibit 17   Metro Police Dept - City of St.     132
17                Louis, Internal Affairs Officer
18                Resume, Police Officer Gregory P.
19                Schaffer [08159]
20   Exhibit 18   Metropolitan Police Department -    137
21                City of St. Louis Employee Injury
22                Reports for Gregory Schaffer
23   Exhibit 19   Metropolitan Police Department -    147
24                City of St. Louis Performance
25                Appraisals for Gregory Schaffer
```

```
 1     (The original exhibits, excluding Exhibit 13, were
 2     provided electronically to the court reporter to be
 3     attached to the original and copies of the
 4     transcript.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1             IN THE UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MISSOURI
 3                      EASTERN DIVISION
 4                         --oOo--
 5   LINDSAY LAIRD and ANDRE   )
 6   ROBERTS,                  )
 7                             )
          Plaintiffs,          )
 8                             )
                vs.            ) Cause No. 4:18-cv-01567(AFG)
 9                             )
     CITY OF SAINT LOUIS, et   )
10   al.,                      )
                               )
11        Defendants.          )
     _____)
12
13                         --oOo--
14         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION
15   OF OFFICER GREGORY SCHAFFER, produced, sworn, and
16   examined on Friday, October 16, 2020, taken on behalf
17   of the Plaintiff at the offices of Alaris Litigation
18   Services, 711 North 11th Street, in the City of St.
19   Louis, State of Missouri, before RENEE COMBS QUINBY,
20   a Certified Court Reporter (MO) #1291, Certified
21   Shorthand Reporter (IL) #084-004867, Certified
22   Shorthand Reporter (CA) #11867, Certified Shorthand
23   Reporter (AR) #821, Registered Diplomate Reporter,
24   Certified Realtime Reporter, and a Notary Public
25   within and for the State of Missouri.
```

```
 1                A P P E A R A N C E S
    FOR THE PLAINTIFF:
 2        Nathaniel Carroll, Esq. (via videoconference)
          ArchCity Defenders
 3        440 North Fourth Street, Suite 390
          St. Louis, MO  63102
 4        (855)724-2489
          ncarroll@archcitydefenders.org
 5   and
          Kiara N. Drake, Esq. (via videoconference)
 6        Javad M. Khazaeli, Esq. (via videoconference)
          Khazaeli Wyrsch, LLC
 7        911 Washington Avenue, Suite 211

 8        St. Louis, MO  63101

 9        (314)288-0777

10        kiara.drake@kwlawstl.com

11        javad.khazaeli@kwlawstl.com

12   FOR THE DEFENDANT:

13        Brandon Laird, Esq. (via videoconference)

14        Amy Raimondo, Esq. (via videoconference)

15        St. Louis City Counselor's Offices

16        1200 Market Street, Room 314

17        St. Louis, MO  63103-2806

18        (314) 622-4620

19        lairdb@stlouis-mo.gov

20   THE VIDEOGRAPHER:

21        Shaun Steele (via videoconference)

22        Alaris Litigation Services

23        711 North 11th Street

24        St. Louis, MO  63101

25        (800)280-3376
```

```
 1    COURT REPORTER:
 2         Renee Combs Quinby, RDR, CRR
 3         Missouri CCR #1291
 4         Illinois CSR #084-004867
 5         California CSR #11867
 6         Arkansas CSR #821
           Alaris Litigation Services
 7         711 North 11th Street
           St. Louis, MO  63101
 8         (800)280-3376
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         --oOo--
 2              IT IS HEREBY STIPULATED AND AGREED by and
 3    between counsel for the Plaintiff and counsel for
 4    the Defendants that this deposition may be taken in
 5    machine shorthand by RENEE COMBS QUINBY, a Certified
 6    Court Reporter and Notary Public, and afterwards
 7    transcribed into typewriting and the signature not
 8    reserved by agreement of counsel and consent of the
 9    witness.
10                         --oOo--
11              P R O C E E D I N G S   1:16 p.m.
12                         --oOo--
13              THE VIDEOGRAPHER:  We're on the record.
14    Today's date is October 16th, 2020, and the time is
15    1:17 p.m.
16              This is the video-recorded deposition
17    of Officer Gregory Schaffer in the matter of
18    Lindsay Laird and Andre Roberts versus City of
19    St. Louis, case number 4:18-CV-01567(AFG) in the
20    United States District Court, Eastern District of
21    Missouri, Eastern Division.
22              This deposition is being held at remote
23    locations.  The reporter's name is Renee Quinby.  My
24    name is Shaun Steele.  I'm the certified legal
25    videographer, and we're with Alaris Litigation
```

```
 1   Services.
 2                  Would the attorneys present please
 3   introduce themselves and the parties they represent.
 4                  MS. DRAKE:  Kiara Drake for plaintiffs.
 5                  MR. LAIRD:  Brandon Laird for the
 6   defendants.
 7                  THE VIDEOGRAPHER:  Would the court
 8   reporter please swear in the witness.
 9                  OFFICER GREGORY SCHAFFER,
10   of lawful age, having been first duly sworn to
11   testify to the truth, the whole truth, and nothing
12   but the truth in the case aforesaid, deposes and
13   says in reply to oral interrogatories propounded as
14   follows, to-wit:
15                         --o0o--
16                        EXAMINATION
17        BY MS. DRAKE:
18        Q.   All right.  Good afternoon,
19   Officer Schaffer.  My name is Kiara Drake.  I'll be
20   taking your deposition.
21        A.   Good afternoon, Ms. Drake.
22        Q.   I want to kind of give you some ground
23   rules because we're using Zoom.  So it's going to be
24   a little bit different than it would be if we were
25   here in person, but there may be some delay or some
```

```
 1           Q.    How long were you there?
 2           A.    Two, three hours maybe.
 3           Q.    Did you respond to the protest on the
 4     day of the verdict?
 5           A.    Yes.
 6           Q.    Where was that?
 7           A.    We responded to a couple of them.
 8     First one would be the one directly outside the
 9     police academy, and then the other one would be at
10     Lyda Krewson's house, Mayor Krewson's.
11           Q.    Did you make any arrests that day?
12           A.    Yes.
13           Q.    How many?
14           A.    One that I remember.
15           Q.    Do you recall who you arrested?
16           A.    No.
17           Q.    Do you recall what you arrested that
18     person for?
19           A.    I believe she was responsible for
20     throwing a -- it looked like a piece of concrete,
21     broken up concrete, through the bus window that we
22     were sitting on.
23           Q.    And which location was this at?
24           A.    It was on Tucker directly outside the
25     police academy outside on the street.
```

```
 1         Q.   Do you recall what time of day this
 2   was?
 3         A.   Around noon.
 4         Q.   And what was the charge?
 5         A.   I'm not sure.
 6         Q.   Did you use any force?
 7         A.   No.
 8         Q.   Did you witness any other arrests that
 9   day?
10         A.   Yes.
11         Q.   How many?
12         A.   Quite a few.  I'm not sure.
13         Q.   Do you know the names of any of those
14   arrestees?
15         A.   No.
16         Q.   Do you know which officers arrested
17   those persons?
18         A.   I would have had no clue except we
19   watched the video the other day.  I saw
20   Jerry Thacker arrested somebody.
21         Q.   What location did he arrest someone at?
22         A.   It was right outside the police
23   academy.
24         Q.   Was this also around noon?
25         A.   It was approximately.  It was the --
```