# Exhibit J

# (Video Recording)

A disc containing a video recording from the afternoon of September 15, 2017 will be delivered to the Clerk's Office on Wednesday, February 16, 2021