UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEREK LANEY,                                    )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )        Case No. 4:18 CV 1575 CDP
                                                )
CITY OF ST. LOUIS, MISSOURI,                    )
et al.,                                         )
                                                )
            Defendants.                         )

## JUDGMENT AND ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

defendants City of St. Louis, Missouri, and Lt. Scott Boyher shall have judgment

against plaintiff Derek Laney on Counts 1, 2, and 6 of plaintiff's Second Amended

Complaint; and Counts 1, 2, and 6 are dismissed with prejudice.

**IT IS FURTHER ORDERED** that supplemental jurisdiction over Counts

3-5, 7, and 8 of plaintiff Derek Laney's Second Amended Complaint is declined

under 28 U.S.C. § 1367(c); and Counts 3-5, 7, and 8 are dismissed without

prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2021.